## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT DEFALCO, JOHN AMBRONSINO, FELICIA WHITELY, and ANDERSON THIMOTE, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>THE CITY OF NEW YORK, PRIMARK CORPORATION, PRIMARK US CORP., ZARA USA, INC., ROCKEFELLER CENTER, INC., and BRYANT PARK CORPORATION,<br><br>    Defendants. | Case No.: 1:25-cv-01339-DEH-SLC |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Scott DeFalco, John Ambronsino, Felicia Whitely, and Anderson Thimote (collectively, "Plaintiffs"), and Defendant Rockefeller Center, Inc. ("Defendant"), by and through their respective counsel, jointly stipulate that Plaintiffs' claims against Defendant be dismissed, without prejudice, with each party to bear its own costs and attorney's fees. Defendant acknowledges and agrees that this stipulation of dismissal does not in any way count towards or trigger the "two dismissal" rule under Fed. R. Civ. P. 41(a)(1)(B).

Dated:   April 1, 2025

| **Attorneys for Plaintiffs:** | **Attorneys for Defendant Rockefeller Center, Inc.** |
|---|---|
| By:   /s/ *John Scola* <br> John Scola, Esq. <br> Law Office of John A. Scola, PLLC <br> 90 Broad Street Suite 1023 <br> New York, New York 10004 <br> (917) 423-1445 <br> jscola@johnscolalaw.com | By:   *[signature]* <br> Roberta E. Tarshis <br> Tarshis & Hammerman LLP <br> 118-35 Queens Boulevard <br> Forest Hills, New York 11375 <br> (718) 793-5000 <br> Retarshis@tarshisandhammerman.com |

Goddard Law PLLC
Megan S. Goddard, Esq.
39 Broadway, Suite 1540
New York, New York 10006
(646) 964-1178
Megan@goddardlawnyc.com

Charny & Wheeler P.C.
Nathaniel K. Charny, Esq.
42 West Market Street
Rhinebeck, New York 12572
Tel - (845) 876-7500
Fax - (845) 876-7501
ncharny@charnywheeler.com