

**Innessa M. Huot**
ihuot@faruqilaw.com

May 7, 2025

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, New York 10007

> Re:    *Piney, et al. v. City of New York, et al.*, No. 1:25-cv-00671-DEH-SLC
> *Monasar, et al. v. City of New York, et al.,* No. 1:25-cv-01337-DEH-SLC
> *DeFalco, et al. v. City of New York, et al.,* No. 1:25-cv-01339-DEH-SLC

Dear Judge Cave:

We represent Plaintiffs in the three above-referenced related cases and write to apprise the Court of certain developments in the three cases.

In order to preserve judicial resources, Plaintiffs intend to dismiss without prejudice all defendants in both the *Monasar* and *DeFalco* cases and are currently waiting on stipulations from a few of the defendants named therein. Plaintiffs will continue to pursue claims against the defendants in only the *Piney* case. A dismissal of the two cases would moot Plaintiffs' current motion to consolidate (ECF No. 141) as well as the current May 16th and May 30th briefing deadlines in connection with the motion. *See* ECF No. 196.

At this time <u>all</u> defendants in the *DeFalco* case have been dismissed without prejudice. Plaintiffs are still collecting all the stipulations from defendants and intend to file all the remaining dismissals in the *Monasar* case by May 27, 2025.

In the interim, Plaintiffs conferred with the *Monasar* and *DeFalco* defendants and, in order to preserve resources, respectfully request that the current May 16th and May 30th briefing deadlines for the soon-to-be mooted consolidation motion be adjourned *sine dine* by the Court while dismissals of both the *Monasar* and *DeFalco* cases are finalized.

Also, Plaintiffs are actively conferring with defendants to resolve issues regarding the proper names of certain corporate defendants as well as their participation in the paid detail program. Plaintiffs will seek leave to file a third amended complaint to *inter alia* correct certain defendant names, update allegations against existing defendants, and add certain additional defendants that were now revealed in our investigation. Plaintiffs are still conferring with the defendants to obtain complete information about these details.

Plaintiffs intend to seek leave to file a third amended complaint within approximately one month of the filing of the above referenced dismissals, by June 30, 2025.


We hope your Honor is amenable to above reference proposed schedule.  We are available anytime at the Court's preference.

Respectfully submitted,

Innessa M. Huot

cc:      Counsel of Record (*via* ECF)

The parties' requests at ECF No. 437 are GRANTED as follows: (1)  the May 16, 2025 and May 30, 2025 deadlines to respond to the motion for consolidation (ECF Nos. 141-144) are adjourned <u>sine</u> <u>die</u>; (2) the parties shall file the remaining stipulations of dismissal in <u>Monasar v. City of New York</u>, No. 25 Civ. 1337 (DEH) (SLC) by May 27, 2025; and (3) Plaintiffs may file a motion for leave to file a third amended complaint by June 30, 2025.

SO ORDERED. 5/8/25

SARAH L. CAVE
United States Magistrate Judge